EDWARD R. KNIBBS *v.* DONNA MAE KNIBBS ET AL.

The motion by the plaintiff to dismiss the appeal of the named defendant from the Superior Court in Hartford County is denied.

*Maxwell Heiman,* for the appellee (plaintiff).

*Nicholas Loconte,* for the appellant (named defendant).

Argued February 4—decided February 4, 1964

STATE OF CONNECTICUT *v.* FREDERICK SULLIVAN

Consideration of the petition for certification is refused until the copies of the record have been amended to include the opinion of the Appellate Division legibly reproduced on one side only of each page and until the certification appearing below the opinion at the bottom of page 8 has been amended to show that the opinion is a final opinion and is subject to change only in matters of form and then only with the approval of the Reporter of Judicial Decisions.

*Peter J. Zaccagnino, Jr.,* in support of the petition.

*James D. Mirabile,* assistant prosecuting attorney, in opposition.

Decided February 18, 1964